# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**D&H MARINE, LLC**  **PLAINTIFF**

v.  CIVIL ACTION # 1:08-CV-51-LG-RHW

**RICHARD HALL**  **DEFENDANT**

## JUDGMENT BY DEFAULT

THIS CAUSE came on for hearing before the Court on the Motion of Plaintiff, D&H Marine, LLC, for a Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, against the Defendant, Richard Hall. The Court received documentary evidence supporting Plaintiff's damages. The Defendant, has been duly served with a Complaint and not being an infant or unrepresented incompetent person, and having failed to plead or otherwise defend, and default having been duly entered against Richard Hall, it is therefore,

ORDERED and ADJUDGED that the Plaintiff, D&H Marine, LLC, shall have and recover from Defendant, Richard Hall, damages in the sum of Sixty Two Thousand Nine Hundred Forty Eight Five Hundred and 08/100 Dollars ($62,948.08), together with legal interest equal to eight percent (8%) per annum continuing to accrue post judgment, until paid, plus attorneys' fees in the amount of Nine Hundred Eighty One Dollars and 50/100 Dollars ($981.50) and costs in the amount of Three Hundred Eight Four Dollars and 27/100 Dollars ($384.27); for all of which let execution issue.

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Prepared by:
John A. Scialdone (MSB # 9524)
BALCH & BINGHAM LLP
1310 Twenty-Fifth Avenue
Gulfport, MS 39501
(228) 864-9900
(228) 864-8221 (fax)